UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81555-CIV-ALTMAN

**LAURA LOOMER**,

    **Plaintiff**,

v.

**NEW YORK MEDIA, LLC,** *et al.*,

    **Defendants**.

_____/

**ORDER**

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. In her Complaint [ECF No. 1], the Plaintiff alleges that this Court may exercise subject matter jurisdiction over this case under 28 U.S.C. § 1332, because there is complete diversity between the parties and the amount in controversy exceeds $75,000.[1] But the Plaintiff has sued three limited liability companies: New York Media, LLC; Rolling Stone, LLC (itself a subsidiary of Penske Business Media, LLC); and Happy Mutants LLC. *See* Compl. at 1–2. And, "like a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, LP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004). Thus, to "sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company and all partners of the limited partnership." *Id.* at 1022.

---

[1] "A federal court not only has the power but also the obligation at any time to inquire into jurisdiction whenever the possibility that jurisdiction does not exist arises." *Fitzgerald v. Seaboard Sys. R.R., Inc.*, 760 F.2d 1249, 1251 (11th Cir. 1985) (citations omitted). It is the Court's responsibility to "zealously insure that jurisdiction exists over a case." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).

But the Plaintiff has not established the citizenships of these companies. Instead, she says only that the "parties are citizens of different states." Compl. ¶ 4. This boilerplate averment is plainly insufficient to establish this Court's jurisdiction. Accordingly, the Court hereby

**ORDERS** the Plaintiff, Laura Loomer, to **SHOW CAUSE** by **November 20, 2019** why this case should not be dismissed for lack of subject matter jurisdiction. Any response must include a complete list of the Defendants' members and their respective citizenships. Failure to comply will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, ~~Florida, th~~is 15th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record