IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Laura Loomer

        Plaintiff,

v.

New York Media, LLC, et al

        Defendants.

Civil Action No. 19-cv-81555

### RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Laura Loomer ("Plaintiff Loomer") hereby submits the following response to this Court's Order to Show Cause of November 15, 2019 directing Plaintiff Loomer to show cause as to why this case should not be dismissed for a lack of subject matter jurisdiction by providing the court with a complete list of Defendants News York Media, LLC, Rolling Stone, LLC, and Happy Mutants LLC's members and their respective citizenships.

Plaintiff Loomer has confirmed that each of these three Defendants are incorporated in the state of Delaware. However, membership information for Delaware LLC's are not a matter of public record, as the names and contact information of members are typically only kept in the Operating Agreement, which is not publicly filed.[1] Plaintiff Loomer has searched for this information through the Delaware Division of Corporations website, and the only information that is available publicly are basic entity details and registered agent information. Even when paying the $20 for additional information, only names of recent filings are available without any option to actually view the documents.

---

[1] https://www.incnow.com/faq/names-members-managers-llc-public-record/

1

Accordingly, Plaintiff. Loomer respectfully requests a brief stay of this Court's Order to Show Cause until Defendants have been served and have appeared in this case. Defendants can, at that time, raise any objection over subject matter jurisdiction based on diversity, as they are in possession of the information regarding their members. This brief stay will not prejudice any party, but will allow Plaintiff Loomer the opportunity to pursue her claims substantively should there be no members that destroy diversity, or, alternatively, allow her to drop certain Defendants from this matter should diversity become an issue. Thus, the balance of interests and fairness weigh in favor of this brief stay.

Dated: November 22, 2019               Respectfully submitted,


                                       */s/ Larry Klayman*
                                       Larry Klayman, Esq.
                                       Klayman Law Group P.A.
                                       7050 W Palmetto Park Rd.
                                       Suite 15-287
                                       Boca Raton, Florida 33433
                                       Telephone:  (561) 558-5536
                                       Email:  leklayman@gmail.com

                                       Attorney for Plaintiff