IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Laura Loomer

               Plaintiff,

   v.

New York Media, LLC, et al

               Defendants.

Civil Action No. 19-cv-81555

**RESPONSE TO ORDER DISMISSING CASE**

    Plaintiff Laura Loomer respectfully requests an explanation from the Court as to why her case was dismissed, when there has been no showing that subject matter jurisdiction does not exist.

    Plaintiff's counsel, as reflected in his Response to Order to Show Cause filed on November 22, 2019 made a good faith effort to ascertain whether members of the subject LLC's were citizens of Florida, and was unable through no fault of its own to determine this, as set forth in the pleading. He suggested that Defendants first be served and then they could raise any jurisdictional issues in responsive pleadings.

    It is thus inexplicable why the Court would dismiss the complaint without any proof that there lacks a diversity of citizenship, especially since the Defendants are on their face diverse from Plaintiff Loomer.

    In a prior lawsuit filed by Plaintiff Laura Loomer, *Loomer v. Facebook, Inc.* 9:19-cv-80893, the Court recused itself and did not cite any reason for so doing. The case was then reassigned.

The Court's actions in these two cases suggests that it may bear an extrajudicial bias and prejudice toward Plaintiff and/or her counsel, and simply does not want their cases in his courtroom. Plaintiff respectfully requests an explanation. The dismissal of this case will, for a number of reasons, could potentially harm Plaintiff's due process and other rights, in addition to causing the forfeiture of over $400 in fees incurred in the filing of the complaint. The dismissal appears on its face to be punitive, without cause. Plaintiff would like to avoid have to ask the Judicial Counsel to step in with regard to this matter.

WHEREFORE, Plaintiff Loomer respectfully requests that the case be reinstated and put back into the random assignment system, since it would appear that the Court may harbor an extra- judicial bias and prejudice against her and/or her counsel, for whatever undisclosed reason. The precipitous dismissal of this case was arbitrary and a gross and injudicious abuse of the Court's discretion and Plaintiff Loomer should not now be forced to file a lengthy and costly appeal, which will delay adjudication of her rights, which if not corrected have been compromised.

Dated: December 3, 2019    Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
FL. Bar No: 246220
Klayman Law Group P.A.
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, Florida 33433
Telephone: (561) 558-5536
Email: leklayman@gmail.com

Attorney for Plaintiff